USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/27/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARTURO STEVEZ, on behalf of himself and all other persons similarly situated,

                Plaintiff,

-against-

HOUGHTON COLLEGE,

                Defendant.

1:21-cv-6269-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff initiated this action by filing a complaint on July 23, 2021. [ECF No. 1]. The affidavit of service of summons and complaint was filed on the docket on August 11, 2021. [ECF No. 6]. According to that summons, Defendant's response to the complaint was due on August 30, 2021. [ECF No. 6]. On August 23, 2021, Defendant requested a 45-day extension of Defendant's time to answer, move or otherwise respond to the Complaint (to October 14, 2021), but did not provide any explanation about why this extension was needed. [ECF No. 8]. The Court granted this extension. [ECF No. 9]. On October 4, 2021, Defendant made a second request for extension of Defendant's time to answer, move or otherwise respond to the Complaint for 15 days (to October 29, 2021). Defendant again provided no explanation about why this extension was needed. [ECF No. 11]. The Court granted this second extension. [ECF No. 12].

    Defendant now requests a third extension of Defendant's time to answer, move or otherwise respond to the Complaint. [ECF No. 13]. Defendant now requests an additional 30 days to answer, move or otherwise respond to the Complaint (to November 29, 2021) and again provides no explanation as to why this extension is needed. [ECF No. 13].

Accordingly, IT IS HEREBY ORDERED that Defendant's request for an extension is DENIED IN PART and GRANTED IN PART. Defendant's deadline to answer or otherwise respond to the Complaint is extended to November 10, 2021. Any further requests for an extension of Defendant's deadline to answer or otherwise respond to the Complaint should include an explanation for why the extension is needed.

**SO ORDERED.**

Date: October 27, 2021
New York, NY

MARY KAY VYSKOCIL
United States District Judge