USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARTURO STEVEZ, on behalf of himself and all other persons similarly situated,

           Plaintiff,

-against-

HOUGHTON COLLEGE,

           Defendant.

1:21-cv-6269-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On October 27, 2021, the Court issued an order discontinuing the action without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by November 13, 2021.

IT IS HEREBY ORDERED that the deadline to apply for a restoration of this action is extended to December 13, 2021.

**SO ORDERED.**

Date:  **October 27, 2021**
      **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**